UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

Eastern District of Kentucky
**FILED**

JUN 1 9 2017

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SAMUEL A. GIROD,

    Defendant.

Criminal Action No. 5: 15-087-DCR

Hon. DANNY C. REEVES

Date: 06/_19_/2017

## NOTICE:
## LACK OF TERRITORIAL, PERSONA AND SUBJECT MATTER JURISDICTION OF THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF KENTUCKY CENTRAL DIVISION

18USC Rule 54(a)(b)&(c), The Constitution of Kentucky
Statement of Account
By Affidavit

**FACTS:** I, Samuel A. Girod, here in the 'Grievant'; am here by special appearance, I am one of the 'People', a 'Man' who is innocent, having a lawful reason at this time to establish and reaffirm the true status of my 'Person' in relation to the 'Trust', SAMUEL A. GIROD, the Defendant, who has 13 Counts charged against said CORPORATE legal entity.

I do not **CONSENT** to this foreign judicial imposition under the 'color of law' [28USC Sec. 636 (c)(2)] nor do I **WAIVE IMMUNITY** from this inferior UNITED STATES DISTRICT COURT [28USC Sec. 1604] for the 13 Counts do not apply to me, a 'Man'.

The following 12 'statements of account' are charges based upon FACTS that must be addressed at this time which will remove all Counts against, SAMUEL A. GIROD and the 'Man' Samuel A. Girod,

which has a beneficiary interest in the CORPORATION. Any claims against the TRUST, SAMUEL A. GIROD, must be directed to the Trustee who has the fiduciary duty to it, I am not the Trustee.

**1.]** [TITLE 18 IS WITHOUT AUTHORITY] - In the matter of the 'counts' raised by the Plaintiff, **"UNITED STATES OF AMERICA"** in Case No. 5:15-CR-87-DCR against the Defendant, I have discovered that the CORPORATE defendant 'SAMUEL A. GIROD' is not me. I am not a CREATION of the State/Government, as such I am not within its jurisdiction.

As the Grievant, Samuel A. Girod, I have not been given the opportunity to face my accuser who would have firsthand knowledge of lawful charges found within the venue of Kentucky, not AMERICA, laws which have their origin under the Constitution of Kentucky, claims supported by 'Affidavit' to validate them. UNITED STATES CODES are foreign to the 'Citizen' in Kentucky who has 'privileges and immunity'. [Article 4, Sec. 2, Citizen]

The **'Acts of Congress'** originate from the United States CORPORATION and are restricted by **Article 1, Sec. 8, Cl. 17** to all cases "whatsoever, over such District (not exceeding ten Miles square)" of D.C., the State of Kentucky in not included. This is validated by the fact that the CONGRESS originates from Title 2 a 'prima facie' title, it has no authority to create law for the Citizen/Inhabitant in Kentucky unless a party CONSENTS and WAIVES his immunity.

**28USC, Sec. 3002, Definitions.** – (15) 'United States' means – **(A)** a Federal corporation.

In addition, **Article 4, Sec. 3, Cl. 2** states, "Congress shall have Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States; and nothing in this Constitution shall be so construed as to Prejudice any Claims of the United States, or of any particular State."

- Kentucky does not belong to the United States CORPORATION but to the People/Inhabitants in Kentucky which is supported under the "Citizen" status of Article 4, Sec. 2, Cl.1 who have 'Privileges and Immunity'.

> Count #1, "Conspiracy to Impede an Officer of the United States, 18 U.S.C. Sec. 372".
> Count #2, "Obstruction of a Proceeding before an Agency, 18 U.S.C. Sec. 1505".
> Count #12, "Tampering with a Witness, 18 U.S.C. Sec.1512(b)(2)(A)."
> Count #13, "Failure to Appear, 18 U.S.C. Sec. 3146(a)(1)."

The above alleged claims are not against the Grievant, but against SAMUEL A. GIROD under Counts 1, 2, 12 and 13, all which come without any authority from Congress as noted below.

- Under Title 18, **CRIMES AND CRIMINAL PROCEDURE**, Sec. 372 of the Act June 25, 1948 c. 645, Sec. 1, 62 Stat.683, it states under **"Enactment of Title 18",** Section 19 - **"No inference of a legislative construction** is to be drawn by reason of the chapter in Title 18, Crimes and Criminal Procedure, as set out in Section 1 of this Act, in which any particular section is placed, nor by reason of the catchlines used in such title."

**2.]** [TITLE 21, PRIMA FACIE LAW]

- Count #3, "Failing to Register with the FDA, 21 U.S.C. Sec. 331(p)".
- Counts #4-11, "Causing Misbranded Drugs to be introduced into Interstate Commerce 21 U.S.C. Sec.331(a)."

- According to the list found in the **"TITLES OF UNITED STATES CODES"**, Title 21 **'Food and Drugs',** it establishes the fact that Title 21 has not been enacted into positive law and is not legal evidence of the general and permanent laws of the United States, it is considered a non-positive law title, which only establish 'prima facie' the laws of the United States of which themselves as 'Acts of

Congress' are restricted from the 'State of Kentucky,' as noted in Article 1, Sec. 8, Cl. 17 and 18 USC Rule 54.

**3.]** [RESTRICTED VENUE OF U.S.D.C's] - The UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF KENTUCKY is not recognized within Title 18, Rule 54 **(a) Courts**, which states in pertinent part that, "these rules apply to all criminal proceedings in the United States District Courts . . . in 'Guam, the Northern Mariana Islands and the Virgin Islands."

In addition, **Rule 54 (b) Proceedings**, states in **(2) Offenses Outside a District or State**, "these rules apply to proceedings for offenses committed upon the high seas or elsewhere out of the jurisdiction of any particular state or district."

The proceedings of the 'UNITED STATES DISTRICT COURT' cannot be applied within the jurisdiction of the 'State of Kentucky'.

**4.]** [APPLICATION OF U.S. CODES] - In 18 USC, **Rule 54 (c) Application of Terms,** it states, " **'Act of Congress'** includes any act of Congress locally applicable to and in force in the District of Columbia, in Puerto Rico, in a territory or in an insular possession." The rules of Court are not applicable within Kentucky under 18 U.S.C. Rule 54.

**5.]** [U.S. ATTORNEY RESTRICTION] - In **Rule 54 (c) Application of Terms**, " **'Attorney for the government'** means the Attorney General, an authorized assistant of the Attorney General, a United States Attorney, an authorized assistant of a United States Attorney, when applicable to cases arising under the laws of Guam . . . laws of the Northern Mariana Islands."

The 'Attorney for the government' does not have authority to practice law in Kentucky.

**6.]**   [PERSONA JURISDICTION] - The charges within the 'INDICTMENT' are against the Defendant SAMUEL A. GIROD, an artificial/legal entity, not against the 'Man', Samuel A. Girod standing in Court.

The court does not have persona jurisdiction and neither does the Court have Territorial or Subject Matter jurisdiction in the absence of a CONTRACT and 'Delegated Authority from Congress' to act judicial in Kentucky.

"A judgment rendered by a court without **personal jurisdiction** over the defendant is void. It is a nullity." Sramek v. Sramek, 17 Kan. App 2d 573, 576-7, 840 P. 2d 553 (1992) rev. denied 252 Kan. 1093(1993)

**The Federal Court must prove that it has personal jurisdiction over the 'Man', Samuel A. Girod.**

"A court cannot confer jurisdiction where none existed and cannot make a void proceeding valid. It is clear and well established law that a void order can be challenged in any court." Old Wayne Mut, L. assoc b. McDonough, 205 U.S. 8, 27 S Ct 236(1907)

"There is no discretion to ignore lack of jurisdiction." Joyce v. U.S. 474 2D 215 "Court must prove on the record, all jurisdiction facts related to the jurisdiction asserted." Lantana v. Hopper, 102 F. 2d 188; Chicago v. New York 37 FSupp. 150

"The law provides that once State and Federal jurisdiction has been challenged, it must be proven." Main v Thiboutot, 100 S Ct. 2502(1980)

"Jurisdiction can be challenged at any time," and "Jurisdiction, once challenged, cannot be assumed and must be decided." Basso v. Utah Power & Light Co. 395 F 2d 906, 910

"The state citizen is immune from any and all government attacks and procedure, absent contract." see, Dred Scott vs. Sanford, 60 U.S. (19 How.) 393 - - or as the Supreme Court has stated clearly, "...every man is independent of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellowmen without his consent." - *CRUDEN vs. NEALE, 2 N.C. 338 2 S.E. 70*

"Inasmuch as every government is an artificial person, an abstraction, and a creature of the mind only, a government can interface only with other artificial persons. The imaginary, having neither actuality nor substance, is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that no government, as well as any law, agency, aspect, court, etc. can concern itself with anything other than corporate, artificial persons and the contracts between them." - *S.C.R. 1795, Penhallow v. Doane's Administrators 3 U.S. 54; 1 L.Ed. 57; 3 Dall. 54;*

**7.]** [JUDICIAL AUTHORITY] - I, Samuel A. Girod, do not CONSENT to the judicial procedure and authority of DANNY C. REEVES as a UNITED STATES DISTRICT JUDGE which is supported under 18 USC Rule 54 (a)(b)(c) and 28 USC Sec. 636 (c)(2), states in pertinent part regarding the Judges duties, ". . . but in so doing, shall also advise the parties that they are free to withhold consent without **adverse substantive consequences**. Rules of court for the reference of civil matters to magistrates shall include procedure to protect the voluntariness of the parties consent."

These rules apply to both Criminal and Civil procedures of the foreign, UNITED STATES CORPORATE 'color of law' authority which cannot be imposed in Kentucky.

"We do not overlook those constitutional limitations which, for the protection of personal rights, must necessarily attend all investigations conducted under the authority of Congress. Neither branch of the legislative department, still less any merely administrative body, established by Congress, possesses, or can be invested with, a general power of making inquiry into the private affairs of the citizen." - *Kilbourn v. Thompson, 103 U. S. 168,196 [26: 377, 386]*.

The same is said in *Boyd v. United States, 116 U. S. 616, 630 [29: 746, 751]* — "and it cannot be too often repeated—that the principles that embody the essence of constitutional liberty and security forbid all invasions on the part of the government and its employees of the sanctity of a man's home, and the privacies of his life. As said by Mr. Justice Field in Re Pacific R. Commission, 32 Fed. Rep. 241,250, "of all the rights of the citizen, few are of greater importance or more essential to his peace and happiness than the right of personal security, and that involves, not merely protection of his person from assault, but exemption of his private affairs, books, and papers from the inspection and scrutiny of others. Without the enjoyment of this right, all others would lose half their value."

**Maine v. Thiboutot**, 448 U.S. 1 and Mookini v. U.S., 303 U.S. 201 (1938)
"The term 'District Courts of the United States' as used in the rules without an addition expressing a wider connotation, has its historic significance. It describes the constitutional courts created under Article 3 of the Constitution. Courts of the Territories are Legislative Courts, properly speaking, and are not district courts of the United States. We have often held that vesting a territorial court with jurisdiction similar to that vested in the district courts of the United States (98 U.S. 145) does not make it a 'District Court of the United States'.

"Not only did the promulgating order use the term District Courts of the United States in its historic and proper sense, but the omission of provision for the application of the rules the territorial court and other courts mentioned in the authorizing act clearly shows the limitation that was intended."

**8.]** [FOREIGN STATE] - I, Samuel A. Girod, do not 'waive immunity' from the UNITED STATE DISTRICT COURT as declared and confirmed in 28 USC Sec. 1604, **Immunity of a foreign state from jurisdiction.**

States – "Subject to existing international agreements to which the United States is a party at the time of enactment of this Act a 'foreign state' shall be immune from the jurisdiction of the courts of <u>the United States and of the States</u> except as provided in sections 1605 to 1607 of this chapter."

- **Webster's New International Dictionary** states, "The **persons** known to 'International Law' are 'states'

### HALE v. HENKEL 201 U.S. 43 at 89 (1906)

Hale v. Henkel was decided by the united States Supreme Court in 1906. The opinion of the court states:

"The "individual" may stand upon "his Constitutional Rights" as a 'Citizen'. He is entitled to carry on his "private" business in his own way. "His power to contract is unlimited." He owes no duty to the State or to his neighbors to divulge his business, or to open his doors to an investigation, so far as it may tend to incriminate him. He owes no duty to the State, since he receives nothing there from, beyond the protection of his life and property. "His rights" are such as "existed" by the Law of the Land (Common Law) "long antecedent" to the organization of the State", and can only be taken from him by "due process of law", and "in accordance with the Constitution." "He owes nothing" to the public so long as he does not trespass upon their rights."

"In the United States, Sovereignty resides in the people, who act through the organs established by the Constitution." See: Chisholm v. Georgia, 2 Dall 419, 471; Penhallow v. Doane's Administrators, 3 Dall 54, 93; McCullock v. Maryland, 4 Wheat 316, 404, 405; Yick Wo v. Hopkins ,118 U.S. 356, 370 (1886).

**9.]** [CITIZEN STATUS] - The 'Grievant' Samuel A. Girod **does not consent** [28 USC Sec. 636 (c)(2) **nor waives immunity** [28 USC Sec. 1604] from this foreign UNITED STATES DISTRICT COURT, in light of the fact that under Article 4, Sec. 2, Cl. 1 he is **"entitled to all Privileges and Immunities of Citizens in the several States."**

[BLD 4TH.] **PRIVILEGE,** is defined as, "A particular and peculiar benefit or advantage enjoyed by a person, company, or class, beyond the common advantages of other citizens. An exceptional or extraordinary power or exemption. A right, power, franchise, or immunity held by a person or class, against or beyond the course of the law."

---

- "An exemption from some burden or attendance, with which certain persons are indulged, from a supposition of law that the stations they fill, or the offices they are engaged in, are such as require all their time and care, and that, therefore, without this indulgence, it would be impracticable to execute such offices to that advantage which the public good requires."

- "That which releases one from the performance of a duty or obligation, or exempts one from a liability which he would otherwise be required to perform, or sustain in common with all other persons."

- "A peculiar advantage, exemption, or immunity."

[BLD 4th.] **IMMUNITY,** is defined as, "Exemption, as from serving in an office, or performing duties which the law generally requires other citizens to perform." . . . "The term aptly describes an exemption from taxation."


**10.]** [KIDNAPPING] - The Defendant SAMUEL A. GIROD as noted in Case No. 5:15—87-DCR speaks to the restricted venue of a Legal Entity, a CORPORATION. As such, the Man Samuel A. Girod has been unlawfully kidnapped in violation of **18USC Sec. 1201**, becoming a 'body attachment' to CORPORATE SAMUEL A. GIROD by the fraudulent conversion of the 'Name/Person/Samuel A. Girod', which is the 'property' the Man, given to him at birth, in violation of the 4th. Amendment, who is a "foreign state/person" with 'immunity' and 'liberty'.


**11.]** [PRIVATE PROPERTY] - "In view of 40 USCS 255, no jurisdiction exists in United States to enforce federal criminal laws, unless and **until consent** to accept **jurisdiction over lands** acquired by United States has been filed in behalf of United States as provided in said section, and fact that state has authorized government to take jurisdiction is immaterial." Adams v. United States (1943) 319 US 312, 87 L Ed. 1421, 63 S. Ct. 1122

The incident of controversy happened on my private property, this property is not 'land acquired by the United States', **the Federal Court must prove that it has Territorial jurisdiction.**

"Once jurisdiction is challenged, the court cannot proceed when it clearly appears that the court lacks jurisdiction, the court has no authority to reach merits, but rather, should dismiss the action." Melo v. US, 505 F2d 1026


**12.]** [SUBJECT MATTER JURISDICTION] - "Defense of lack of jurisdiction over the **subject matter** may be raised at any time, even on appeal." Hill Top Developers v. Holiday Pines Service Corp. 478 So. 2d, 368 (Fla 2nd DCA 1985)

**The Federal Court must prove that it has subject matter jurisdiction.**

"Once challenged, jurisdiction cannot be assumed, it must be proved to exist." Stock v. Medical Examiners 94 Ca 2d 751. 211 P2d 289

"There is no discretion to ignore that lack of jurisdiction." Joyce v. US, 474 F2d 215

"the burden shifts to the court to prove jurisdiction." Rosemond v. Lambert, 469 F2d 416

**CONCLUSION** - I DO NOT CONSENT NOR WAIVE IMMUNITY FROM THE U.S.D.C.; I, Samuel A. Girod, must be released from prison! -

"The question of jurisdiction in the court either over <u>the person, the subject-matter or the place where the crime was committed</u> can be raised at any stage of a criminal proceeding; it is never presumed, but must always be proved; and it is never waived by a defendant." *U.S. v. Rogers, 23 F. 658 (D.C.Ark. 1885)*

"In this state, as well as in all republics, it is not the legislation, however transcendent its powers, who are supreme— but the people— and to suppose that they may violate the fundamental law is, as has been most eloquently expressed, to affirm that the deputy is greater than his principal; that the servant is above his master; that the representatives of the people are superior to the people themselves: that the men acting by virtue of delegated powers may do. not only what then- powers do not authorize, but what they forbid." See: Warning v. the Mayor of Savannah, 60 Georgia, P. 93.

"Personal liberty, or the Right to enjoyment of life and liberty, is one of the fundamental or natural Rights, which has been protected by its inclusion as a guarantee in the various constitutions, which is not derived from, or dependent on, the U.S. Constitution, which may not be submitted to a vote and may not depend on the outcome of an election. It is one of the most sacred and valuable Rights, as sacred as the Right to private property ... and is regarded as inalienable." 16 C.J.S., Constitutional Law, Sect.202, p.987

"I declare that the statements above are true to the best of my information, knowledge, and belief."

By: _Samuel A. Girod_ , Auth. Rep.
Samuel A. Girod, Sui Juris, Affiant

Address, c/o: 409 Satterfield Ln
Owingsville, Ky 40360

Common Law Right
Thumb Print Seal: -->

## **CERTIFICATE OF FILING**

I certify that I had filed the original above mentioned instrument at the UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF KENTUCKY CENTRAL DIVISION LEXINGTON

By this method of filing sent to the Clerk of the Court:

☐   By First Class Mail

☐   Faxed

☐   Hand Delivered

**Clerk Instructions:**

Clerk, you are hereby instructed to file the above Instrument in this Court of Record and you are hereby instructed to return a stamped filed copy in the addressed postage paid envelope provided, and you are also hereby instructed to certify a notice to all parties of interest of the above Instrument filed in a timely manner. If you are for some other reason instructed by another party not to file this Instrument then you are now instructed to file this instrument with the "Filed on Demand Order".

Dated this 19th day of June, 2017

By: _Samuel A. Girod_, Auth. Rep.

Samuel A. Girod ~ Affiant, Sui Juris

One of the People in the State of Kentucky,

A Kentucky National