UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES - SENTENCING

LEXINGTON     Case No. 15-CR-087-DCR     At: LEXINGTON     Date: June 30, 2017

U.S.A. vs. SAMUEL A. GIROD     X present   X custody

DOCKET ENTRY: The Court notes that attempts were made to provide a copy of the Presentence Report ("PSR") to Defendant Girod prior to sentencing. Defendant indicated that he was aware of the PSR but that he refused to review the report. There were no objections to the PSR and the findings and guideline calculations set out in the report were adopted by the Court. The PSR shall be filed in the record under seal. The Clerk read the Court's Advice of Right to Appeal and a copy was provided to the defendant. The defendant, however, refused to sign a copy of the Advice of Right to Appeal form provided to him. The clerk is directed to file a Notice of Appeal on Defendant's behalf if the Defendant has not done so within fourteen (14) days.

PRESENT: HON. DANNY C. REEVES, U. S. DISTRICT JUDGE

Lisa Moore          Peggy Weber          Kate K Smith
Deputy Clerk        Court Reporter       Assistant U.S. Attorney

Michael B. Fox          X present   ___retained   X appointed standby counsel
Attorney for Defendant

PROCEEDINGS:   SENTENCING (Non-evidentiary)

___ Objections to Presentence Report.

 X  No Objections to Presentence Report.

 X  Transcript shall be deemed as written findings of Court.

 X  Judgment shall be entered (See Judgment & Commitment).

 X  Court's Advise of Right to Appeal provided to defendant.

___ Defendant is released pursuant to the Judgment & Commitment Order to be entered.

 X  Defendant remanded to custody pending designation by the Bureau of Prisons.


Copies: All Counsel - USP - USM                    Initials of Deputy Clerk lkm

**TIC:**    40