UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Criminal Action No. 5: 15-087-DCR |
| V. | ) ) | |
| SAMUEL A. GIROD, | ) ) | **MEMORANDUM ORDER** |
| Defendant. | ) ) | |

*** *** *** ***

Defendant Samuel Girod filed a motion to reduce his sentence under 18 U.S.C. § 3582(c)(1)(A), which was denied on April 21, 2020. [Record No. 167] Girod filed a notice of appeal with the United States Court of Appeals, which is dated April 29, 2020. He has filed motions in this Court for leave to proceed *in forma pauperis* on appeal and for the appointment of counsel on appeal. [Record Nos. 169, 170]

Generally, it costs $505.00 to file an appeal. Rule 24(a)(1) of the Federal Rules of Appellate Procedure provides that a party who wishes to appeal *in forma pauperis* must file a motion in the district court which includes an affidavit that shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay; claims an entitlement to redress; and states the issues that the party intends to present on appeal. If the court grants the motion, the party may proceed on appeal "without prepaying or giving security for fees and costs, unless a statute provides otherwise."

Title 28 of the United States Code, section 1915, governs proceedings *in forma pauperis.* Consistent with Rule 24, section 1915(a) provides that any court of the United States

may authorize an appeal without prepayment of fees by a person who submits an affidavit as described in Rule 24.  Section 1915(b) states, notwithstanding subsection (a), if a prisoner files an appeal *in forma pauperis*, the prisoner will be required to pay the full amount of the filing fee.  Courts are directed to assess an initial partial filing fee of 20 percent of the greater of the average monthly deposits into the prisoner's account or the average monthly balance in the prisoner's account for the six-month period preceding the notice of appeal.  The prisoner is required to make monthly payments thereafter in accordance with § 1915(b)(2).

The Court has reviewed Girod's application and finds that he lacks sufficient funds to pay the entire filing fee at this time.  Accordingly, the Court will grant the motion to proceed *in forma pauperis* on the terms established by 28 U.S.C. § 1915(b).

The defendant also has asked the Court to appoint counsel to represent him upon appeal.  [Record No. 170]  In support, he contends that the merits of his appeal are "undeniable and substantial" and that the complexity of the issues presented requires the assistance of counsel.  Historically, there has been no right to counsel in proceedings under 18 U.S.C. § 3582(c).  *United States v. Johnson*, Nos. 15-6413/16-5346, 2016 WL 10704239, at *3 (6th Cir. Nov. 21, 2016) (collecting cases).  And contrary to Girod's assertion, the issues presented appear straightforward and appointed counsel would be neither necessary nor helpful to resolution of the matter on appeal.  Additionally, Girod has demonstrated an ability to represent his own interests adequately throughout these criminal proceedings, as he elected to proceed *pro se* during his jury trial, on direct appeal, and during habeas proceedings.  Accordingly, it is hereby

**ORDERED** as follows:

1. The defendant's motion for appointment of counsel [Record No. 170] is **DENIED**.

2. The defendant's motion for leave to proceed *in forma pauperis* on appeal [Record No. 169] is **GRANTED**, to the extent he will be permitted to pay the $505.00 appellate filing fee on the terms established by 28 U.S.C. § 1915(b), as set forth in this order.

3. Within **twenty-eight (28) days** from this date, the defendant must pay **$36.00** to the Clerk of the Court as an initial partial filing fee.

4. The Clerk of the Court shall open an account in Defendant Girod's name for receipt of the filing fee. The Clerk shall complete of Notice of Payment Form (Form EDKY 525) with Girod's name, his inmate registration number, and this case number. The Clerk shall serve a copy of this Order and Notice of Payment Form upon the Jailer/Warden of the institution in which Girod is currently confined and the United States Court of Appeals for the Sixth Circuit.

5. Each month, Girod's custodian shall send the Clerk of the Court a payment in an amount equal to 20% of Girod's income for the preceding month out of his inmate trust fund account, but only if the amount in the account exceeds $10.00. The custodian shall continue such monthly payments until the entire $505.00 filing fee is paid. *See* § 1915(b)(2).

6. The Clerk of the Court shall send a copy of this Order to the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit.

Dated: May 14, 2020.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky